IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DATA CARRIERS, LLC,

    Plaintiff,

v.

AMAZON.COM, INC.,

    Defendant.

C.A. No. 12-327-LPS

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT AMAZON.COM, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Data Carriers, LLC and Defendant Amazon.com, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims between them in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Richard L. Horwitz* |
| Richard D. Kirk (rk0922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman (sb4952) | David E. Moore (#3983) |
| Vanessa R. Tiradentes (vt5398) | Hercules Plaza, 6th Floor |
| 222 Delaware Avenue, Suite 900 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | Tel: (302) 984-6000 |
| rkirk@bayardlaw.com | rhorwitz@potteranderson.com |
| sbrauerman@bayardlaw.com | dmoore@potteranderson.com |
| vtiradentes@bayardlaw.com | |
| *Attorneys for Plaintiff Data Carriers, LLC* | *Attorneys for Defendant Amazon.com, Inc.* |

Dated: August 16, 2012

**IT IS SO ORDERED** this \_\_17th\_\_ day of \_\_August\_\_, 2012.

_____
The Honorable Leonard P. Stark
United States District Court Judge